# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MATTHEW HAMILTON, | ) |
| Plaintiff, | ) Case No. 1:22-cv-01578-RGA |
| v. | ) |
| BRIGHAM MINERALS, INC., BEN M. BRIGHAM, ROBERT M. ROOSA, GAYLE L. BURLESON, JON-AL DUPLANTIER, STACY HOCK, A. LANCE LANGFORD, JAMES R. LEVY, RICHARD K. STONEBURNER, and JOHN R. SULT, | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: January 27, 2023  **LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*